**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

JIMMY R. HANKINS                                                                                        PLAINTIFF

v.                                          NO. 1:15CV00112 JLH-JTK

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                                                  DEFENDANT

## ORDER

On July 26, 2016, United States Magistrate Judge Jerome T. Kearney issued a recommended disposition in which he recommended that the Court deny the request for relief by Jimmy R. Hankins and affirm the decision of the Commissioner of the Social Security Administration to deny Hankins' application for disability benefits. No objections have been filed. The recommended disposition is adopted as the disposition of this Court in its entirety. The decision of the Commissioner of the Social Security Administration to deny disability benefits to Jimmy R. Hankins is affirmed. The complaint of Jimmy R. Hankins is dismissed with prejudice.

IT IS SO ORDERED this 6th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE